Fowler v. Zondervan Publishing House Corporation LLC    Doc. 1

AA 0000012    9

# United States District Court
# Eastern District of Michigan
# Southern Division

Bradley LaShawn Fowler

Plaintiff(s)

Case: 2:08-cv-12889
Judge: Taylor, Anna Diggs
MJ: Hluchaniuk, Michael J.
Filed: 07-07-2008 At 03:41 PM
CMP FOWLER V. ZONDERVAN PUBLISHING HOUSE (JTC)

V.

Defendant(s)

Zondervan Publishing House Corp. L.L.C

## COMPLAINT

Plaintiff Bradley LaShawn Fowler brings this civil complaint against Zondervan Publishing House, a Grand Rapids, MI. based company, on the grounds of Malicious Negligence, Breach of Duty, Duty of Care, Intentional Torts, Malice, Strict Liability, and Violating my Civil right according to the U.S. Constitution, 14th Amendment.

After purchasing a New King James Bible, published by Zondervan Publishing, in an effort to gain better clarity concerning my religious beliefs and homosexual preference, I was dismayed to find that the Bible purchased had excluded the terminology -homosexual- from its text. Yet, when I began researching other Bibles published by the same publishing company (Zondervan), I discovered Zondervan had revised its text and implemented the terminology -homosexual- in its 1982 & 1987 editions, but the term had been exonerated from their 1989 & 1994 editions, and written completely opposite of one another.

In the 1989 edition it reads: I Corinthians 6:9 " Do you not know that wrong doers will not inherit the Kingdom of God? Do not be deceived! Fornicators, idolaters, adulterers, male prostitutes, sodomites..."

The 1982 edition reads: I Corinthians 6:9 " Do you not know that the wicked will not inherit the Kingdom of God? Do not be deceived: Neither the sexually immoral nor idolaters nor adulterers nor male prostitutes nor homosexual offenders..."

Dated: 7/7/08

(SIGNATURE)

5/074 Mott Rd. St. 2/
(ADDRESS)

Canton, MI 48188

734-485-7677
(TELEPHONE)

Dockets.Justia.com

## complaint (cont'd)

Page 2

In their 1987 edition it reads: I Corithians 6:9 "Do you not know that the unrighteous and wrongdoers will not inherit or have any share in the kingdom of God? Do not be deceived (misled): neither the impure and immoral, nor idolaters, nor adulterers, nor those who participle in homosexual..."

Yet in the 1994 edition it reads: "Know ye not that the unrighteous shall not inherit the kingdom of God? Be not deceived: neither fornicators, nor idolaters, nor adulterers, nor effeminate, nor abusers of themselves with mankind.

This misrepresentation is a willful and deliberate tort. Fraudently imposing a written defamation or libel, in order to prevent me from marrying someone of the same-sex in this state. This obvious coerced method of mind control and social dictatorship violates the religious sacred laws which prevent anyone from adding to the Biblical scriptures or from taking out words away from the text.

### Facts:

Zondervan Publishing House was established in 1931 and is presently mastered by HarperCollins and Bruce Ryskamp who is the Chief Executive. According to Zondervan Publishing House mission statement, they are a company that strives to ensure continued success in serving its customers. They also profess to protect and serve their customers by holding themselves accountable to there mission and shared values.

Yet in fiting copyright dates for each Bible edition printed, and understanding that any work filed with a copyright date of 1978 and beyond has a protection bill for 50 or more years or at least until Dec. 31, 2027.

Considering that in 1989 Zondervan filed a copyright on their New Revised Standard Version Holy Bible, yet neglected to inform its consumers and readers that such revisions would be revised to reflect an opinionated perspective In I Corithians 6:9 which in this particular edition did not defam homosexuals. Then, they turned in another copyright form in 1982 for there New International Version Bible, which includes the written defamation towards homosexuals; it seems this obvious intentional tort was imposed with a willful intention to cause injury to persons, myself, who are homosexual.

USDC-AA 2/26/97

**complaint (cont'd)**

Page 3

Considering a willful and wanton act is an act understood as likely to cause injury and committed without concern for the consequences, particularly those which may endanger the lives or safety of others. This includes malice - considering the state of mind of those who willfully agreed to incorporate such terminology based on opinionated idea, shows an act of deliberation to set out and cause injury to persons of a homosexual nature or male on male intimacy, without due cause and without regard to the legal rights of those who are homosexual.

Any act deliberately intended to cause damage, loss, or pain and suffering of a person is malicious injury. This can also be classified as fraud or deceit by misrepresentation to deliberately impose false statements or material facts. This willful use of false statements to damage another person's character or reputation, or to adversely affect a person's means of earning a living falls under both libel and slander.

This willful neglect and unintentional tort also proves Zondervan has failed to act in accordance with the law, commonly known as an omission. This also falls under negligence, which is typically defined as a failure to act that results in injury to another person. It is also a Breach of Duty, negligence in law or negligence per se, willful negligence, defined as reckless indifference towards a person's safety, demonstrated by the failure to exercise ordinary care to prevent injury in the face of imminent danger and gross negligence - defined as intentionally acting or failing to act with a deliberate disregard for the welfare of others, as well as, culpable negligence, defined as the willful and wanton creation of an unreasonable risk that will probably cause death or injury to another person.

In this case, I must provide evidence that loss, harm, or pain and suffering was caused by Zonderun Publishing's negligence, the doctrine of res ipsa loquitor, a latin term meaning "the thing speaks for itself" which is proof of my sustained harm, pain and suffering, and emotional duress, caused by an act that normally would not have occurred unless Zondervan willfully incorporated the terminology "homosexual" in its text...

USDC-AA 2/26/97

Pg 4

and by promoting such to be the authentic Word of God. This malicious conspiracy has prevented me from sleeping at night, anxiety (which caused me to endure breathing treatments at a medical facility), loss of appetite, self-esteem, and the ability to reestablish my family bond, because my family says "homosexuality is a sin because the Bible says it is." Zondervan Publishing caused this foreseeable injury, since it is a nationally recognized and worldly distributed publisher of Bibles. This is not only a fraudulent act imposed against me, but on society as a whole.

This tortious act initiated an avalanche of emotional and mental embarrassment, demoralization, chaos, bewilderment, and perplexities. This has caused me physical discomfort and prevented me from maintaining a normal in-take of the proper nutrients and vitamins needed to sustain good health, as a chronically ill patient. See: Bank of Montreal v. Signet Bank, 193 F.3d 818, 827 (4th Cir. 1999); Hitachi Credit Corp. v. Signet Bank, 166 F.3d 614, 629 (4th Cir. 1999) ("(c) orcealment, whether by word or conduct, may be the equivalent of a false representation because it always involves deliberate non-disclosure designed to prevent another from learning the truth. Moreover, a party willful nondisclosure of a material fact that he knows is unknown to the other party may be an intent to practice actual fraud." Whereas, "false representation" is an essential element of an action for fraud. Hampo v. Farm Fg' Corp. 224 F.3d 1041, 1048 (8th Cir. 2003)

Also see, (Sailor Im, supra, 5 Cal.3d) 18 and Arp v. Workers Comp. Appeals Bd., supra, 19 cal.3d 395, 404-404). And Lawrence v. Texas 539 U.S. 558 (2003)

Also See Gibson v. Berryhill, 411 U.S. 564, 93 S.Ct. 1869, 36 L.Ed.2d 488 (1973) and United Jewish Organizations v. Carel U.S- 197 S.Ct. 996, _ L.Ed.2d - (1977)

complaint (cont'd)

Page 5

**Background:** Zondervan Publishing House knowingly implemented the term -homosexual- to its 1982 and 1987 new edition Bibles. Yet elected to revise that text and remove the text from its 1994 edition. Ironically, the 1989 edition didn't include the term either. Still, Zondervan Publishing neglected to inform the general public of these changes.

In Doe v. SW. Grain, 309 F. Supp. 2d 1119, 1124 (D.N.D. 2004) In re Santos, 304 B.R. 639, 664 (D.N.J. 2004), also under the Restatement (second) of Torts § 552 (1) (section 552)- One who in the course of his business, profession or employment or in any other transaction in which he has a pecuniary interest, supplies false information for the guidance of others in the business transaction is subject to liability for pecuniary loss caused to them by the justifiable reliance upon the information, if he fails to exercise reasonable care or competence in obtaining or communicating the information.

See: Glenn Holly Ent., Inc. v Tektronix Inc. 352 F 3d. 369, 379 (9th Cir. 2003) (California Law), Cook, Perkiss & Liche Inc. v. W. Cal. Collection Serv, Inc. 911 F. 2d. 242, 246 (9th Cir. 1990)

Also see Runyon v. McCrary 427 U.S. 160, 96 S. Ct. 2586, — L. Ed. 2d — (1976)

complaint (cont'd)

Page 6

Discussion:

Willfully and intentionally designing a religious sacred document to reflect an individual opinion or a groups conclusion, based up modern theology, derived by scholarly men and Bible publishers, editors, copy editors, and formatters, with an intent to cause me or anyone who is a homosexual to endure verbal abuse, discrimination, episodes of hate, and physical violence ... including murder, defy's sacred Biblical laws. The same structured laws that has held the very foundation of Americas religious ethics and morals.

Zondervan did not take into account the considerable amount of retaliation I would receive from my family, friends, co-workers, church members, or general society. Publicizing these fraudulent revised version of misrepresented biblical interpretations ... or as being the Authentic word of God. This in-itself is misleading and a willful act of coersion.

Countless of lives have been destroyed, misused, and misunderstood solely by the written defamations imposed upon homosexuals, through the structured words compiled and distributed for financial gain. This immoral and deceitful act has helped to cultivate a social society that discriminates against homosexuals solely based on the Bible. The same Book being revised every other year or so by Zondervan Publishing House.

USDC-AA 2/26/97

complaint (cont'd)

Page 7

Selling merchandise which promotes fraudulent opinions upon the general public can also be classified as a strict liability. Whereas the deliberate intent to cause injury by the sale and use of the product, promoting it to be the Word of God can also be considered a defective designed product.

See: Clursal Mfg. 88 F. 3d. at 359-60 (quoting Trans.p. Ins. Co. V. Faircloth, 898 S.W. 2d. 269 (Tef 1995) - an expression of an opinion as to the happening of a future event may constitute fraud where the speaker purports to have special knowledge of facts that will occur or exist in the future.' See Crowley v. Christenson, 137 U.S. 86, 89.

My Prayer:

I seek injunctive relief, rescission, compensatory in the monetary amount of sixty million dollars, general damages, exemplary or punitive damages and the cost of suit. This representation of fraud imposed by Zondervan Publishing has placed grave conditions on my ability to live a happy and stress free life as a homosexual. Blatant discrimination requires legal resolutions.

USDC-AA 2/26/97

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

County in which action arose _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bradley C. Fowler
51074 Mott Rd. St. 21
Canton, MI 48188

(b) County of Residence of First Listed Plaintiff: Wayne
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
Zondervan Corp. LLC
5300 Patterson Ave. S.E.
Grand Rapids, MI 49530

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
440 — ☒ 440 Other Civil Rights

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing:
42 U.S.C. § 1983   28 U.S.C. § 1331

Brief description of cause:
Breach of duty, Malicious Negligence, Libel, Strict Liability

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 60 million dollars
JURY DEMAND: ☒ Yes

## VIII. RELATED CASE(S) IF ANY

DATE: 7/7/09
SIGNATURE OF ATTORNEY OF RECORD: Bradley C. Fowler

FOR OFFICE USE ONLY
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☐ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :